1
2
3
4
5
6
7
8                            UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                                    SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,                )   Case No. CR 09-00135-RMW
                                             )
12          Plaintiff,                       )
        v.                                   )   [~~PROPOSED~~] ORDER FOR 60-DAY
13                                           )   EXTENSION OF TIME
    MICHAEL DAMAR SHIRLEY,                   )
14                                           )   Court:  Hon. Ronald M. Whyte
            Defendant.                       )
15                                           )
                                             )
16  _____

17      Good cause appearing, the United States' motion for a 60-day extension of time to file its
18  response to defendant's motion is granted.  The United States is hereby ordered to file a response
19  to defendant's motion by : 14614234.  Kp'rki j v'qh'yj ku'gz vgpukqp.'Uj ktrg{)u'o qvkqp'vq'tgs wktg
20  c'tgur qpug'ku'f gpkgf 0'

21
22  Dated:  : 13814234                    _____
23                                        RONALD M. WHYTE
                                          United States District Judge
24
25
26
27
28

ORDER